

# IN THE
# TENTH COURT OF APPEALS

## No. 10-10-00295-CR

## EX PARTE MIGUEL GOMEZ

### From the 66th District Court
### Hill County, Texas
### Trial Court No. 36,514

## MEMORANDUM  OPINION

Miguel Gomez filed a writ of habeas corpus which was denied by the trial court. Gomez appealed that denial but has now filed a motion requesting this Court to dismiss the appeal.  Gomez personally signed the motion to dismiss.

Accordingly, the appeal is dismissed.  TEX. R. APP. P. 42.2(a).


TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed January 12, 2011
Do not publish
[CR25]